IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINE JOHNSON,<br>Petitioner | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| MICHAEL ZAKEN, et al.,<br>Respondents | : <br> : | No. 22-cv-5195 |

## ORDER

AND NOW, this 14th day of March 2024, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Craig M. Straw, IT IS ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.